# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 25-950M(NJ) |
| SERGIO BARCENAS-GARCIA | ) |
| DOB: xx/xx/1970 | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 25, 2025** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal Re-entry |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

GARY M ROY
Digitally signed by GARY M ROY
Date: 2025.07.31 15:08:12 -05'00'

*Complainant's signature*

Gary M. Roy, DHS-HSI Special Agent

*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 8/1/2025

/s/ Nancy Joseph

*Judge's Signature*

City and state: Milwaukee, Wisconsin

Honorable Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Gary Roy, first being duly sworn under oath, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since approximately February of 2018. Prior to being a Special Agent, I was employed with the United States Border Patrol (USBP) as a Patrol Agent (PA). To date, I have over 17 years of law enforcement experience. My current job responsibilities include, but are not limited to, investigation of federal criminal laws involving immigration violations. In the past, I have been assigned to immigration groups that investigate human trafficking, document and benefit fraud, and counter terrorism and criminal exploitation. I have received formal training from the Federal Law Enforcement Training Center, as well as training through contact with experts from various law enforcement agencies.

2. The purpose of this affidavit is to establish probable cause that Sergio BARCENAS-Garcia ("BARCENA") has committed a violation of 8 U.S.C. § 1326 (Re-Entry of Removed Aliens). The facts in this affidavit are known to me through my personal knowledge, training, experience, and through information provided to me by other law enforcement officers in the course of their official duties, whom I consider truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and does not set forth all of my knowledge about this matter.

1

## RELEVANT SECTIONS OF LAW

3. As it pertains to this investigation, Title 8, United States Code, Section 1326(a) states in part: "any alien who—has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his re-embarkation at a place outside the United States…the Attorney General has expressly consented to such alien's reapplying for admission…shall be fined under Title 18, or imprisoned not more than 2 years, or both."

4. As it pertains to this investigation, Title 8, United States Code, Section 1326(b) states in part: Notwithstanding subsection (a), in the case of any alien described in such subsection— whose removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), such alien shall be fined under title 18, imprisoned not more than 10 years, or both.

2

Case 2:25-mj-00950-NJ    Filed 08/01/25    Page 3 of 7    Document 1

## PROBABLE CAUSE

5. On or about May 25, 2025, Sergio BARCENAS-Garcia (BARCENAS) was arrested by the Milwaukee County Sheriff's Office (MCSO) pursuant to an arrest warrant and charged with violations of Wisconsin state statutes 346.63(1)(a) – Operating While Intoxicated (2nd), 346.63(1)(b) – Operating With PAC (2nd), 343.44(1)(b) – Operating While Revoked (Rev due to alc/contr subst/refusal) via Milwaukee County Case Number 2018CT000089. Records show the arrest warrant was issued on January 17, 2018, after BARCENAS was released on bond and willfully failed to appear to his initial appearance.

6. Subsequent to his arrest, BARCENAS was booked into Milwaukee County Jail. At the time of booking, BARCENAS' fingerprints and photographs were taken and electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). After BARCENAS' fingerprints were submitted to Department of Justice databases by the Milwaukee County Jail, they were electronically matched to FBI# 474976HD0 and are now associated with his criminal history and Alien Registration #: 205 878 421.

7. Your affiant received a copy of the booking photograph from BARCENAS by the Milwaukee County Jail. I compared that photograph to the multiple photographs taken at the time of his previous arrests by various Department of Homeland Security agencies since July 2013. All of the photographs bear resemblance to the same individual identified as BARCENAS.

3

8. I reviewed documents from the Alien Registration File A# 205 878 421 which is the A-File # assigned to BARCENAS. Documents within the A-File indicate that FBI# 474976HD0 has been assigned to BARCENAS as a result of his previous arrests by federal, state, and local law enforcement agencies. Documents within the A-File indicate the following information.

9. On or about September 8, 1993, BARCENAS, using the alias Felipe Donjuan ALVARADO, was arrested by the Dallas Police Department and charged with a violation of Texas state statute HSC 481.115(B) - Possession of a Controlled Substance. BARCENAS was convicted of the felony charge and sentenced to 3 years' probation.

10. On or about August 6, 2000, BARCENAS was arrested by the West Allis Police Department and charged with a violation of Wisconsin state statute 946.41 – Resisting/Obstructing an Officer. BARCENAS was convicted of the charge and sentenced to a fine.

11. On or about October 3, 2011, BARCENAS was arrested by the Mequon Police Department and charged with a violation of Wisconsin state statute 343.44(1)(B) – Operating While Revoked. BARCENAS was convicted of the misdemeanor charge and sentenced to a fine.

12. On or about March 23, 2013, BARCENAS was encountered by the USBP near Sarita, Texas. At the time of the encounter, BARCENAS stated he is a citizen and national of Mexico. BARCENAS was subsequently arrested and ordered removed from the United States to Mexico by a designated official in Kingsville, Texas.

13. On or about March 23, 2013, BARCENAS was removed from the United States to Mexico via afoot through the Brownsville, Texas Port of Entry. BARCENAS' removal to Mexico was witnessed and/or verified by a federal immigration officer.

14. On or about April 11, 2013, BARCENAS was arrested by the USBP and charged with a violation of 8 USC 1325 – Illegal Entry via case number 5:13-PO-5134 in the United States District Court for the Southern District of Texas (Laredo). BARCENAS was convicted of the misdemeanor charge and sentenced to 30 days' jail. Subsequent to his sentencing, BARCENAS was again ordered removed from the United States to Mexico by a designated official in Laredo, Texas.

15. On or about May 10, 2013, BARCENAS was removed from the United States to Mexico via afoot from the Laredo, Texas Port of Entry. BARCENAS' removal from the United States to Mexico was witnessed and/or verified by a federal immigration officer.

16. On or about December 19, 2017, BARCENAS was arrested by the MCSO and charged with a violations of Wisconsin state statute 343.44(1)(B) – Operating While Revoked; 346.63(1)(A) – Operating While Under the Influence; and 346.63(1)(B) – Operating with PAC. Records show on January 17, 2018, an arrest warrant was issued for BARCENAS due to having failed to appear for his initial appearance after having been let out on bond.

17. Records checks of federal databases indicate BARCENAS has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after his prior order of removal.

18. Based on the foregoing, your affiant submits there is probable cause to believe that on or about May 25, 2025, BARCENAS violated the federal criminal statute cited herein.